# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JULIA BLACKWELL**　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　No. 5:18-cv-41-DPM

**WENDY KELLEY, Director of**
**the Arkansas Department of Correction**　　　　　**DEFENDANT**

## JUDGMENT

Blackwell's petition is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 July 2019