# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JULIA BLACKWELL**                                              **PLAINTIFF**

v.                            **No. 5:18-cv-41-DPM**

**WENDY KELLEY, Director of**
**the Arkansas Department of Correction**            **DEFENDANT**

## ORDER

Post-judgment motions, № 61 & № 65, denied. Nothing in Blackwell's new filings changes the Court's conclusions in its 31 July 2019 Order and Judgment. № 57 & № 58. And if Blackwell wants to have a lawyer appointed on appeal, then she must make that request in the Court of Appeals.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_13 September 2019_