IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JULIA BLACKWELL                                                    PLAINTIFF

v.                          No. 5:18-cv-41-DPM

WENDY KELLEY, Director of
the Arkansas Department of Correction                              DEFENDANT

## ORDER

Motion, № 74, denied without prejudice. The papers Blackwell cites don't appear to contain social security numbers, dates of birth, or other personal identifying information that requires sealing. № 68–72. If Blackwell wants to redact papers she's filed, then she must print those papers from PACER and redact any personal information with a black marker. She may then submit the redacted papers with a motion to seal the unredacted versions.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 November 2019