IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JULIA BLACKWELL**   **PLAINTIFF**

v.   No. 5:18-cv-41-DPM

**WENDY KELLEY, Director of**
**the Arkansas Department of Correction**   **DEFENDANT**

## ORDER

Renewed motion to seal, № 76, granted. The Court directs the Clerk to replace № 69, 70 & 71 with the redacted versions Blackwell has submitted — № 76 at 2–6, 22–23 & 30–54 — and to file the unredacted versions under seal.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 February 2020